## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEFFREY BREAREY, | : | Civil Action No. 08-1522 (NLH) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| BOCK & BAKER, t/a RITTER CARPETS, | : | |
| Defendant. | : | |

This matter having come before the Court on defendant's motion to dismiss; and

On July 29, 2008, plaintiff and defendant having entered into a consent order whereby plaintiff was to file an amended complaint and defendant would not pursue its pending motion to dismiss;

Therefore,

**IT IS HEREBY** on this 5th day of August, 2008

**ORDERED** that defendant's motion to dismiss [8] is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of the Court shall amend the caption to reflect the proper name of defendant as "Bock & Baker, trading as Ritter Carpets," rather than "Rock & Baker, trading as Ritter Carpets."

At Camden, New Jersey

       s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.